# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00404-CV

**Kevin Tower, Appellant**

**v.**

**Bank of America, N.A., Appellee**

### FROM COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY
### NO. 13-0320-C, HONORABLE LINDA A RODRIGUEZ, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Kevin Tower has filed a fourth motion for extension of time to file his appellant's brief. Tower seeks a 30-day extension of time for a total of 135 days. We grant in part appellant's motion for extension of time for 15 days, giving him a total of 120 days to file his appellant's brief. We order him to file his brief no later than February 4, 2015. No further extensions will be granted. We will dismiss the cause for want of prosecution if appellant's brief is not timely filed as ordered.

It is so ordered this 27th day of January, 2015.

Before Justices Puryear, Pemberton, and Goodwin